IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

JOE H. STANFORD, JR.,
    Petitioner

v.                                1:05-CV-32 (WLS)

BOBBY McLEMORE, et. al.,
    Respondents

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. 13) filed on January 12, 2006, recommending Respondent's Motion to Dismiss (Doc. 9) be granted and that Petitioner's Petition for Habeas Corpus (Doc. 1) be dismissed without prejudice to Petitioner's right to refile once he has exhausted the remedies available to him in the state court system. No objection has been filed.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation (Doc. 13) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Respondent's Motion to Dismiss (Doc. 9) is **GRANTED**; and Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this _1st_ day of March, 2006.

                                        **W. LOUIS SANDS, CHIEF JUDGE**
                                        **UNITED STATES DISTRICT COURT**